UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN LOVE LUNDY | : |
| | : CIVIL ACTION NO. 3:17-2306 |
| **Plaintiff** | : |
| | : (MANNION, D.J.) |
| v. | : (CARLSON, M.J.) |
| | : |
| MONROE COUNTY | : |
| CORRECTIONAL FACILITY, *et al.* | : |
| | : |
| **Defendants** | : |

# O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the Report and Recommendation of Judge Carlson, (Doc. 7), is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's application to proceed *in forma pauperis*, (Doc. 2), is **GRANTED**;

**(3)** the plaintiff's complaint, (Doc. 1) is **DISMISSED**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 15, 2018**